**10176IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| DANIELLE THORPE<br>Plaintiff | §<br>§<br>§<br>§<br>§ | |
| VS. | §<br>§<br>§ | CIVIL ACTION NO. 4:26-CV-01479<br>DISTRICT JUDGE KEITH P. ELLISON |
| UNITED FLEA MARKETS LLC d/b/a<br>COLE'S FLEA MARKET<br>Defendant | §<br>§<br>§ | |

## DEFENDANT'S NOTICE OF SERVICE

TO THE HONORABLE UNITED STATES DISTRICT COURT:

COMES NOW United Flea Markets LLC d/b/a Cole's Flea Market ("Defendant") who hereby notifies the Court that on this the 18th day of March 2026, the following was submitted to all Counsel of Record, pursuant to the Federal Rules of Civil Procedure and Local Rules of the Southern District of Texas:

1. **Defendant's Rule 26 Initial Disclosure Response; and**

2. **Responsive Production:  UFM_000001-000006.**

Respectfully Submitted,

**DONATO, BROWN, POOL & MOEHLMANN**

*/s/ Robert D. Brown*
Robert D. Brown, Federal ID No. 12854
3200 Southwest Frwy., Suite 2300
Houston, Texas 77027
Telephone: (713) 877-1112
Facsimile: (713) 877-1138
Email: bbrown@donatobrown.com
**ATTORNEY-IN-CHARGE FOR DEFENDANT**

Jeffrey B. Haas, Federal ID No. 2433414
Donato, Brown, Pool & Moehlmann
3200 Southwest Freeway, Suite 2300
Houston, Texas 77027
Telephone: (713) 877-1112
Facsimile: (713) 877-1138
Email: jhaas@donatobrown.com
**OF COUNSEL FOR DEFENDANT**

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on 18th day of March 2026 a copy of the foregoing document

was served electronically to all counsel of record by operation of the Court's electronic

system, electronic mail, and/or facsimile transmission.


*/s/ Robert D. Brown*
Robert D. Brown